

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2015

No. 04-14-00324-CR

**THE STATE OF TEXAS,**
Appellant

v.

John D. **DELOACH**,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 130556
Honorable Scott Roberts, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Jason K. Pulliam, Justice

The court has considered the Appellee's Motion for En banc Reconsideration, and the motion is DENIED. The Appellee's Motion to Strike is DENIED AS MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court